IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Gerling and Associates, Inc., | : | |
| Plaintiff | : | Case No. 2:10-cv-01074 |
| v. | : | |
| Gearhouse Broadcast Pty Ltd., | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

This case is set for trial to begin **December 10, 2012.** Any motions in limine must be filed no later than **November 13, 2012**, and memoranda in opposition to the motions in limine must be filed on or before **November 20, 2012** Any reply memoranda must be filed no later than **November 27, 2012**. A final pretrial conference will be held on **December 5, 2012 at 11:00 a.m.** at which time I will make a preliminary ruling on the motions.

Attached are my instructions to counsel, voir dire script and preliminary charge to the jury, and the boilerplate sections from the final charge. Counsel are DIRECTED to confer and submit agreed jury instructions to the Court no later than **November 27, 2012** Please provide me with a 1-2 paragraph description of the case and the parties' positions to be read to the panel at the beginning of the voir dire so that they know enough about the case to respond intelligently to our questions. I also need agreed charges on the essential elements of the claims and defense which will be read to the

jurors as part of the preliminary charge given before opening statements.  Include any charge you believe would help the jurors understand the legal significance of the testimony during trial.

s/ Mark R. Abel<br>
United States Magistrate Judge