IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Gerling & Associates, Inc., | : | |
| Plaintiff | : | Case No. 2:10-cv-01074 |
| v. | : | |
| Gearhouse Broadcast Pty Ltd., | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

This case is set for trial to begin **April 22, 2013.** Counsel are DIRECTED to confer and submit agreed jury instructions to the Court no later than **March 15, 2013.** A final pretrial conference will be held on **March 22, 2013** at 10:00 a.m.

s/Mark R. Abel
United States Magistrate Judge
